

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| VERONICA RAE CHAVEZ VARA, | § | No. 08-17-00101-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| MARK STEVEN VARA, SR., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2012DCM10912) |
|  | § |  |

### O RDER

Appellant has filed a motion to clarify the status of her appeal and she requests that her appeals be separated into two appeals if necessary to preserve her right to appeal each order. The Court finds that Appellant timely perfected her appeal from the order on enforcement entered by the trial court on March 27, 2017, and she timely filed amended notices of appeal from the orders entered by the trial court on May 2, 2017 and August 15, 2017. Appellant is permitted to challenge both the May 2, 2017 and August 15, 2017 orders in this appeal. Accordingly, the motion to separate the case into two appeals is denied.

IT IS SO ORDERED this 15th day of September, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.